UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-14-H

| | |
|---|---|
| UNITED STATES ) | |
| ) | ORDER |
| VS. ) | |
| ) | |
| TOMMY RON BOWSER ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the Motion for Variance/Sentencing Memorandum, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This **2nd** day of August 2017.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE