IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:17-CR-00014-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| TOMMY RON BOWSER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's motions for compassionate release [DE 64; DE 68; DE 71]. Since the filing of Defendant's motions, it appears that Defendant has been released from FCI Butner to a Residential Reentry Center in Raleigh. *Compare* DE 68 at 1 ("Mr. Bowser is currently serving his sentence in Butner Low FCI"), *with Find an inmate.*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/ (search of "Tommy Bowser" revealing inmate record that reflects placement at "Raleigh RRM").

Accordingly, Defendant is directed to file a supplemental brief, no later than July 3, 2025, addressing (1) whether his requests for compassionate release are now moot, and (2) any pertinent portion of the United States Sentencing Commission's policy statement in § 1B1.13, which was issued after the filing of Defendant's motions. The United States shall respond to Defendant's brief no later than July 17, 2025.

SO ORDERED this 17th day of June, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE